UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MICHELLE ALEXANDER                          CIVIL ACTION NO.:

VERSUS                                      JUDGE:

SGT. JOSHUA MARTIN, SUPERVISOR              MAGISTRATE JUDGE:
TREVOR FRANCIS, and CITY OF BREAUX
BRIDGE through the HONORABLE
RICKY CALAIS, ex officio

### NOTICE OF REMOVAL

The City of Breaux Bridge, Joshua Martin and Trevor Francis (hereafter referred to as "the

Defendants") hereby files notice pursuant to 28 U.S.C. § 1441, *et seq.*, of removal the civil action

filed by the plaintiff, Michelle Alexander ("Plaintiff"), from the 16th Judicial District Court in and

for the Parish of St. Martin, State of Louisiana, to the United States District Court for the Western

District of Louisiana.

1.

A civil action bearing Docket No. 94388 and entitled "Michelle Alexander v. Sgt. Joshua

Martin, Supervisor Trevor Francis and City of Breaux Bridge through the Honorable Ricky Calais,

ex officio" was commenced on August 30, 2024 in the 16th Judicial District Court in and for the

Parish of St. Martin, State of Louisiana, and that action is now pending in St. Martin Parish.[1]

2.

In the Petition, the Plaintiff identifies, names and sues the City of Breaux Bridge, Joshua

Martin and Trevor Francis as the Defendants.[2]

---

[1] Exhibit A, *in globo* –Petition for Damages; the suit has not been served on the defendants and the defendants were provided with a courtesy copy, which is attached as Exhibit A. The filing of this Notice of Removal does not waive service, prescription or any other defense the defendants have.

[2] Exhibit A, *in globo*, (¶¶ 1-2 of the Petition)

3.

The Plaintiff alleges that she was a victim of unlawful seizure, excessive force and her First, Fourth, and Fourteenth Amendment to the U.S. Constitution were violated. It is also alleged she was denied adequate and prompt medical care.[3]

4.

This civil action is one in which the United States District Court for the Western District of Louisiana unquestionably has jurisdiction by reason of 28 U.S.C. §§ 1331 and 1343 and because claims asserted by Plaintiff allegedly arise under the First, Fourth and Fourteenth Amendment to the U.S. Constitution.

5.

Venue of the removed action is proper in this Court because the parish from which the state court action has been removed belongs to and/or forms part of the United States District Court for the Western District of Louisiana.[4]

6.

This Notice of Removal is timely.[5]

---

[3] Exhibit A, *in globo*, (¶¶ 44-55 of the Petition)

[4] *See* 28 U.S.C. § 1441(a); and 28 U.S.C. § 1443.

[5] *See Crockett v. Louisiana Correctional Institute for Women,* 2018 WL 1313170 at *3, 4 (E.D. La. 2018) (recognizing that "[w]hen assessing whether removal was timely, the questions of if and when service occurred are questions of state law" and holding that "the thirty day removal clock never started to run" due to service deficiencies as to the State defendants and finding the defendants' notice of removal was timely) (citing *Thompson v. Deutsche Bank Nat'l Trust Co.*, 775 F.3d 298, 304-05 (5th Cir. 2014) (holding that removal was timely even though defendant filed notice of removal eight months after complaint was filed, and six months after default judgment was entered against defendant, because defendant was never properly served); and *In re Oil Spill*, MDL No. 2179, 2012 WL 4753418, at *2 (E.D. La. Oct. 4, 2012) (holding that thirty-day removal clock only starts when defendant has been "served with the citation *and* the attached petition") (emphasis added)).

7.

By filing this Notice of Removal, all Defendants expressly consent to the removal to federal court.

8.

All process, pleadings and orders filed in the state court action are collectively attached hereto as Exhibit A, *in globo*.

9.

In accordance with the requirements of 28 U.S.C. § 1446(d), the Defendants have this day given and served written notice of this removal on the Plaintiff by mailing and emailing her counsel a copy of this pleading and all attachments thereto.

10.

Undersigned counsel certifies that a Notice of Filing Notice of Removal (attached hereto as Exhibit B), along with a copy of this Notice of Removal (including all referenced exhibits), has contemporaneously been filed with the 16th Judicial District Court for the Parish of St. Martin, State of Louisiana, as is required by 28 U.S.C. §1446(d).[6]

11.

In accordance with the requirements of 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel states that the averments of this Notice of Removal are well-grounded in fact and are warranted by existing law and that this matter is within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1343 and 28 U.S.C. § 1441, *et seq.*

---

[6] Exhibit B – Notice of Filing Notice of Removal and attached Notice of Removal (without exhibits).

WHEREFORE, the City of Breaux Bridge, Joshua Martin and Trevor Francis pray this Notice of Removal be deemed good and sufficient as required by law, the aforesaid action, "Michelle Alexander v. Sgt. Joshua Martin, Supervisor Trevor Francis and City of Breaux Bridge through the Honorable Ricky Calais, ex officio," bearing Docket No. 94388 on the docket of the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, be removed from that court to the United States District Court for the Western District of Louisiana, and this Court have and assume full and complete jurisdiction thereof and issue all necessary orders and grant all general and equitable relief to which the defendant might be entitled, and all further proceedings in the state court be discontinued.

Respectfully Submitted,


_/s/ James L. Pate_
JAMES L. PATE                          #10333
(jpate@neunerpate.com)
JENNIFER M. ARDOIN                     #30378
(jardoin@neunerpate.com)
KELSI G. FLORES                        #40361
(kflores@neunerpate.com)
One Petroleum Center
1001 W. Pinhook Road, Suite 200
Lafayette, Louisiana 70503
Telephone:    (337) 237-7000
Fax:          (337) 233-9450

**Counsel for Defendants,**
**City of Breaux Bridge, Joshua Martin**
**and Trevor Francis**

Page 5

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of September 2024, a copy of the above and foregoing document was served upon all counsel of record by electronic mail or U.S. mail, pursuant to La. Code Civ. Proc. art. 1313.

_/s/ James L. Pate_
**COUNSEL**